UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      V.                                                    Cr. No. M-05-130 M (JMF)

**LIONEL JACKSON,**

      **Defendant.**

**MEMORANDUM**

On September 20, 2005, upon being advised that defendant Lionel Jackson had flunked every drug test, I remanded him to the custody of the United States Marshal. I also note that defendant should get credit for the time that he served pursuant to that remand.

                                                          _____
                                                          JOHN M. FACCIOLA
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: