UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.

LIONEL JACKSON,

Defendant.

Cr. No. 05-130-RWR

MEMORANDUM

On September 20, 2005, upon being advised that defendant Lionel Jackson had flunked every drug test, I remanded him to the custody of the United States Marshal. I also note that defendant should get credit for the time that he served pursuant to that remand.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: